# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Alanta Harris,<br><br>      Plaintiff,<br>v.<br><br>Student Assistance Corporation; and DOES 1-10, inclusive,<br><br>      Defendants. | Civil Action No.: 2:17-cv-01527-PP |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 28, 2017

                 Respectfully submitted,

                 */s/ Amy L. Cueller*
                 Amy L. Cueller, #15052-49
                 LEMBERG LAW, L.L.C.
                 43 Danbury Road
                 Wilton, CT 06897
                 Telephone: (203) 653-2250
                 Fax No.: (203) 653-3424
                 E-Mail: acueller@lemberglaw.com
                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Amy L. Cueller

                                          Amy L. Cueller